Argued and submitted May 29, sentence vacated, remanded for sentencing, otherwise affirmed July 17, 1985

## STATE OF OREGON,
*Respondent,*

*v.*

## LINDA DIAN THOMPSON, aka
Linda Dian Oss,
*Appellant.*

(83-1354; CA A34121)

703 P2d 1037

Gary D. Babcock, Public Defender, Salem, argued the cause and filed the brief for appellant.

Robert M. Atkinson, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

Defendant seeks modification of the probation order made in connection with her sentence for felony driving while suspended. ORS 487.560. Specifically, she challenges that portion of the order which prohibits her from having contact with her former husband or remarrying without the written permission of her probation officer. In *State v. Martin,* 282 Or 583, 589, 580 P2d 536 (1978), the Supreme Court stated that the trial court must make specific findings establishing that the conditions of probation are appropriate to the offense. *See* ORS 138.050. The state concedes that those findings were not made in this case. Accordingly, we hold that the trial court erred in fashioning the probation order as it did.

Sentence vacated; remanded for resentencing; otherwise affirmed.